FILED: 4/5/11

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE LEWIS and SELAH LEWIS by and through her guardian ad litem ANTOINETTE LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY LIFE INSURANCE COMPANY dba RBC INSURANCE and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 10-5544 GHK (JCGx)<br><br>Hon. George H. King<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed:   April 28, 2010 |

300235254.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  The Court approves the parties' stipulation and orders that this entire action
2  is dismissed with prejudice, each party to bear its own attorneys' fees and costs.
3  IT IS SO ORDERED.

4
5  Dated:   4/5/11   _____
6  United States District Judge

7  Respectfully submitted by:

8  MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY (Bar No. 66585)
9  Email:  mlevy@manatt.com
   JOSEPH E. LASKA (Bar No. 221055)
10 Email:  jlaska@manatt.com
   11355 West Olympic Boulevard
11 Los Angeles, California  90064-1614
   Telephone:  (310) 312-4000
12 Facsimile:  (310) 312-4224

13 *Attorneys for Defendant*
   LIBERTY LIFE INSURANCE COMPANY
14

15 LAW OFFICES OF LINDA L. SCOTT
   LINDA L. SCOTT (Bar No. 180663)
   Email:  linda.scott@sbcglobal.net
16 2235 East Washington Boulevard
   Pasadena, California  91104
17 Telephone:  (626) 791-2929
   Facsimile:  (626) 791-8347
18
   *Attorneys for Plaintiffs*
19 ANTOINETTE LEWIS and SELAH LEWIS by and through her guardian ad litem
   ANTOINETTE LEWIS
20

21
22
23
24
25
26
27
28